[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-10461
Non-Argument Calendar

_____

D.C. Docket No. 6:17-cr-00191-PGB-KRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDREW GOLDBERG,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 19, 2018)

Before MARCUS, WILSON and ROSENBAUM, Circuit Judges.

PER CURIAM:

Adeel Bashir, appointed counsel for Andrew Goldberg in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Goldberg's convictions and sentences are **AFFIRMED**.